**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAMMECO A. CARGILL, | ) | CASE NO. 4:23-cv-01755 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| WARDEN HEALY, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Respondent. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On September 8, 2023, Petitioner Tammeco Cargill ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2241. (ECF No. 1). On December 4, 2023, Respondent Warden Healy ("Respondent") filed a Motion to Dismiss the Petition. (ECF No. 8). On March 1, 2024, Magistrate Judge Carmen E. Henderson filed a Report and Recommendation ("R&R") recommending that the Court grant Respondent's Motion and dismiss the Petition. (ECF No. 12).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a Magistrate Judge's R&R within 14 days after service. The R&R also gave the parties notice of the 14-day time limit for filing objections. (ECF No. 12, PageID #118). This Court gave Petitioner significantly longer—over 45 days—to object to the R&R. As of the date of this Order, no objections have been filed.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ.

1

P. 72(b)(3).  Absent objection, a district court may adopt a R&R without further review.  *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–42 (1985).

There being no objections, the Court **ADOPTS** Magistrate Judge Henderson's R&R, incorporates it fully herein by reference, **GRANTS** Respondent's Motion to Dismiss, and **DISMISSES** the Petition.  The Court also **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision cannot be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

**IT IS SO ORDERED.**

Date: April 18, 2024

_____
**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**